[No. 15917-8-I. Division One. March 18, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. ALRICK HOLLINGSWORTH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84-1-02570-7, Frank J. Eberharter, J., entered

January 11, 1985. *Remanded* by unpublished opinion per Grosse, J., concurred in by Ringold, A.C.J., and Pekelis, J.